August 12, 1949; released for publication August 15, 1949. Thomas J. Welch and R. Sheridan Welch, for appellant; Vera M. Binks, of counsel; Julian P. Wilamoski, for appellee; James N. Cummings, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.

## Joseph De Young, Appellee, v. Esther De Young, Appellant.

### Gen. No. 10,242.

opinion filed October 14, 1948; rehearing opinion filed July 7, 1949; rehearing denied August 11, 1949; released ·for publication August 15, 1949. Samuel H. Shapiro and Lederer, Livingston, Kahn & Adsit, for appellant; Leo H. Arnstein and Richard C. Bleloch, of counsel; Donald D. Zeglis, Ehrlich & Cohn, and Eva L. Minor, for appellee. PER CURIAM. Not to be published in full.

## Walter H. Brubaker and ·Susie Brubaker, Appellees, v. George Hatjimanolis and Helen Hatjimanolis, Appellants.

### Gen. No. 10,251.

opinion filed July 20, 1949; released for publication August 8, 1949. Manus & Manus, for appellants; Albert H. Manus, Jr., of counsel; Hunter & Hunter, for appellees; Robert C. Hunter, of counsel. PER CURIAM. Not to be published in full.

In re Estate of Minnie Lolita Willich, Deceased. Robert M. Lunsford, Executor, Appellee, v. John F. Paquin, Appellant.

Gen. No. 9,652.

